Report Date: March 9, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 25 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marvell Lemon Tullos      Case Number: 0980 2:06CR00035-JLQ-4

Address of Offender:      Spokane, WA 99223

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

Original Offense:   Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii)

Original Sentence:   Prison - 120 months           Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:   Joseph Harrington           Date Supervision Commenced: July 3, 2015

Defense Attorney:      Federal Defender's Office    Date Supervision Expires: July 2, 2020

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Tullos violated his conditions of supervised release on February 10, 2017, by being arrested and charged with driving under the influence (DUI) of marijuana, case number 2017-10017575. |
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: Mr. Tullos violated his conditions of supervised release on March 6, 2017, by failing to notify the undersigned officer of his DUI arrest within 72 hours. Mr. Tullos was arrested for DUI on February 10, 2017, and informed the undersigned officer of the arrest on March 6, 2017. |
| 3 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Tullos violated his conditions of supervised release by using marijuana on or about February 10, and 28, 2017. Mr. Tullos admitted to the undersigned officer he used marijuana the night of his arrest for DUI on February 10, 2017. In addition, Mr. Tullos submitted to a random urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT) on February 28, 2017, which tested presumptive positive for marijuana. The urine sample was sent to Alere Toxicology on March 7, 2017, and confirmation was received indicating the sample was positive for marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 9, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[X] No Action *until DUI charge resolved.*
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/25/2017
Date