PROB 12C
(6/16)

Report Date: May 25, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 25 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marvell Lemon Tullos     Case Number: 0980 2:06CR00035-JLQ-4

Address of Offender:     Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: July 3, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 2, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/09/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Tullos has allegedly violated his conditions of supervised release in Spokane, Washington, by failing to attend chemical dependency treatment at Alcohol Drug Education Prevention and Treatment (ADEPT). Mr. Tullos' conditions of supervision were reviewed with him on July 6, 2015. He signed his conditions of supervision acknowledging he understood, to include the above-referenced condition.<br><br>On April 21, 2017, Mr. Tullos participated in a chemical dependency evaluation, and intensive outpatient treatment was recommended. Mr. Tullos began chemical dependency treatment on April 28, 2017. Since beginning chemical dependency treatment, he has failed to attend treatment on the following dates; May 3, 4, 13, 17, and 18, 2017. |
| 5 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no |

more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Tullos allegedly violated his conditions of supervised release in Spokane, Washington, by using marijuana on or about April 4, 2017, and on or about May 16, 2017.

Per Mr. Tullos' above-referenced condition of supervised release, he was referred to random urinalysis testing at ADEPT. Mr. Tullos is assigned the color gold 2 and was directed to call ADEPT's urinalysis hotline daily.

On April 4, 2017, the color of the day was gold 2 and Mr. Tullos submitted to a random urinalysis test. The urine sample tested presumptive positive for marijuana and was sent to Alere Toxicology for further testing. On April 9, 2017, the lab report was received from Alere Toxicology confirming a positive result for marijuana.

Additionally, on May 16, 2017, Mr. Tullos reported to the U.S. Probation Office and submitted to a random uranalysis test. The urine sample tested presumptive positive for marijuana and was sent to Alere Toxicology for further testing. On May 22, 2017, the lab report was received from Alere Toxicology confirming a positive test for marijuana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/25/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

5/25/2017
Date