PROB 12C
(6/16)

Report Date: June 29, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 2 9 2017**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Marvell Lemon Tullos | Case Number: 0980 2:06CR00035-JLQ-4 |
| Address of Offender: | Otis Orchards, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: July 3, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 2, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/09/2017 and 05/25/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: Mr. Tullos violated his conditions of supervised release in Spokane, Washington, by failing to notify the undersigned officer of a change in residency, on or about June 13, 2017.

Mr. Tullos' conditions of supervision were reviewed with him on July 6, 2015. He signed his conditions of supervision acknowledging an understanding of his conditions, to include the above-referenced condition.

At approximately 8:30 p.m. on June 13, 2017, the undersigned officer attempted to contact Mr. Tullos at his address of record, for the purpose of an unannounced home visit. An immediate family member was contacted, however, Mr. Tullos was not at the residence. The undersigned officer questioned the family member if Mr. Tullos still resided at the residence, and they stated Mr. Tullos had not been living there "for awhile." The family member further reported that Mr. Tullos had not been living at the residence for approximately a year.

On June 14, 2017, at the direction of the undersigned officer, Mr. Tullos reported to the probation office and was immediately confronted about his living situation. Mr. Tullos admitted to living at another residence with his girlfriend, and failing to notify the undersigned officer of a residence change. He further stated he has lived at his girlfriend's residence for approximately 1 year, neglecting to inform the supervising probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/29/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/29/17
Date