PROB 12C
(6/16)

Report Date: January 18, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 22 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marvell Lemon Tullos          Case Number: 0980 2:06CR00035-JLQ-4

Address of Offender:          Otis Orchards, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

Original Offense:  Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii)

Original Sentence:  Prison - 120 months          Type of Supervision: Supervised Release
                    TSR - 60 months

Asst. U.S. Attorney:  David Michael Herzog       Date Supervision Commenced: July 3, 2015

Defense Attorney:  Federal Defender's Office     Date Supervision Expires: July 2, 2020

## PETITIONING THE COURT

To issue a **SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/09/2017, 05/25/2017 and 06/29/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

7    **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Tullos' conditions of supervision were reviewed with him on July 6, 2015. He signed his conditions of supervision acknowledging an understanding of his conditions, to include special condition number 18, as noted above.

Mr. Tullos has violated his conditions of supervised release by using marijuana on several occasions. On October 31, November 30, and December 11, 2017, Mr. Tullos provided random urinalysis tests at Pioneer Human Services on the dates listed above and the urine samples tested presumptive positive for marijuana. Alere Toxicology confirmed that all three urinalysis tests were positive for marijuana. Mr. Tullos admitted to using marijuana.

Prob12C
Re: Tullos, Marvell Lemon
January 18, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/18/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/22/18
Date